## CERTIFICATE OF SERVICE

I, Gwendolyn G. Hancock _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made October 21, 2019 _____ by:

              Priority Mail
__✓__ Mail service: ~~Regular, first class~~ United States mail, postage fully pre-paid, addressed to:

    Beth E. Mooney CEO, KeyBank - KeyCorp
    127 Public Square
    Cleveland, OH 44114-1306

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under Penalty of perjury, I declare that the foregoing is true and correct.

Date: October 21, 2019 _____ Signature: _/s/ Gwendolyn G. Hancock_
                                   Gwendolyn G. Hancock

Print Name: Gwendolyn G. Hancock of Wardrop & Wardrop, P.C.

Business Address: 300 Ottawa Avenue, NW, Suite 150

City: Grand Rapids    State: MI    Zip: 49503

Form summon (07/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Najeeb Ahmed Khan**<br><br>**Debtor**<br><br>**Najeeb Ahmed Khan**<br>**Sarah Air, LLC**<br>**Khan Aviation, Inc.**<br>**KRW Investments, Inc.**<br>**GN Investments, LLC**<br>**NJ Realty, LLC**<br>**NAK Holdings, LLC**<br><br>**Plaintiff**<br>**Keybank, N.A.**<br><br>**Defendant** | **Case Number 19-04258-swd**<br><br>**Adv. Pro. No. 19-80119-swd**<br><br>**Chapter 11**<br><br>**Honorable Scott W. Dales** |
|---|---|

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

Michelle M. Wilson, Clerk of Court
United States Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Robert F. Wardrop II
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, N.W., Ste 150
Grand Rapids, MI 49503

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:  October 18, 2019**

**Clerk of the Bankruptcy Court**
**s/ Michelle M. Wilson**

